HAL TAYLOR, ESQUIRE
NV Bar ID: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone:   (775) 825-2223
Facsimile:   (775) 329-1113
Email:   haltaylorlawyer@gbis.com

DANIEL H. FISHMAN, ESQUIRE
New York Bar ID: 701849
Law Offices of Samuel Fishman, PC
11450 Bustleton Avenue
Philadelphia, PA 19116
Telephone:   (215) 464-4600
Facsimile:   (215) 464-4558
Email:   fdc@ssihelp.us

*Attorney for Plaintiff, Doreen Lynn Greedy*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
(RENO)

| | |
|---|---|
| DOREEN LYNN GREEDY, ) | |
| ) | |
| Plaintiff, ) | Civil Docket No. 3:22-cv-507-CSD |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | Assigned to Honorable Craig S. Denney |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time to Complete Service upon Defendant, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Plaintiff shall complete service upon the Defendant on or before July 17, 2023.

IT IS FURTHER ORDERED that Plaintiff's Service upon the Defendant, completed on June 7, 2023, is hereby considered Proper and Timely.

SO ORDERED this 10th day of July, 2023.

BY THE COURT,

_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE