JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar. No. 7709
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4836
Facsimile: (415) 744-0134
E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOREEN LYNN GREEDY, | Case No: 3:22-cv-00507-CSD |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

The parties, through the Defendant Acting Commissioner of Social Security, hereby request an extension of time of thirty days from the present date, until November 20, 2023, for Defendant to prepare and file the Answer and Certified Administrative Record. This is the Commissioner's first request for an extension.

The Commissioner notes that the present request is untimely. It appears that there were service issues and, once resolved, Defendant counsel's office did not receive notice or otherwise missed said notice. Counsel learned of the present case on the same date as the drafting of this

Stipulation. Defendant must prepare the Certified Administrative Record, and is taking steps to have this completed and filed as soon as possible.

Respectfully submitted,

Date: October 21, 2023

By: */s/ Ashish A. Agrawal*\*
Ashish A. Agrawal
(*\* By email authorization*)
Attorney for Plaintiff

Date: October 21, 2023

JASON M. FRIERSON
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

DATE: October 23, 2023

HON. CRAIG S. DENNEY
United States Magistrate Judge

-2-